UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

OMAR BUTT and
TAHIR SARWAR BUTT,

        Defendants.

- - - - - - - - - - - - - - - -X

ORDER

CR-14-209(SJF)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 01 2014 ★

LONG ISLAND OFFICE

UPON THE APPLICATION of the United States by Charles P. Kelly, Assistant United States Attorney, on behalf of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, it is hereby,

    ORDERED that this case, which was sealed at the time of the issuance of arrest warrants, is unsealed in its entirety.

Dated: Central Islip, New York.
      May 1, 2014

SO ORDERED:

*S/ A.K. Tomlinson*

HON. A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK